Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

CLERK US DISTRICT COURT
N... ...T OF TX
...ED

2021 JAN 12 PM 4: 3 3

for the

_Northern_ District of _Texas_

DEPUTY CLERK ___

_Dallas_ Division

**3 - 21 CV 0 0 7 6 - S**

|  |  |
|---|---|
| _Michelle Brawley_ | Case No. _____ |
| **Plaintiff(s)** | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)*  ☐ Yes  ☒ No |
| **-v-** |  |
| _FIESTA MART, LLC_ _Sulema Hernandez_ |  |
| **Defendant(s)** |  |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* |  |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.     The Parties to This Complaint

**A.     The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | _Michelle Brawley_ |
| Street Address | _1141 Easton Rd._ |
| City and County | _Dallas, Dallas_ |
| State and Zip Code | _Texas 75218_ |
| Telephone Number | _214-944-0325_ |
| E-mail Address | _michelleandsmithplawfirm@protonmail.ch_ |

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**Defendant No. 1**

| | |
|---|---|
| Name | FIESTA MART, LLC. |
| Job or Title *(if known)* | |
| Street Address | 11445 Garland Rd. |
| City and County | Dallas, Dallas |
| State and Zip Code | Texas 75218 |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 2**

| | |
|---|---|
| Name | Sulema Hernandez |
| Job or Title *(if known)* | HR Department |
| Street Address | 11445 Garland Rd. |
| City and County | Dallas, Dallas |
| State and Zip Code | Texas 75218 |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | FIESTA MART, LLC |
| Street Address | 11445 Garland Rd |
| City and County | Dallas, Dallas |
| State and Zip Code | Texas 75018 |
| Telephone Number | |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☒    Termination of my employment.

☐    Failure to promote me.

☒    Failure to accommodate my disability.

☐    Unequal terms and conditions of my employment.

☒    Retaliation.

☐    Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

_____

C.    I believe that defendant(s) *(check one)*:

☒    is/are still committing these acts against me.

☐    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐    race    _____

☐    color    _____

☐    gender/sex    _____

☐    religion    _____

☐    national origin    _____

☐    age *(year of birth)* _____    *(only when asserting a claim of age discrimination.)*

☒    disability or perceived disability *(specify disability)*

Rotor Cuff Tear and Whiplash

E.    The facts of my case are as follows. Attach additional pages if needed.

① Plaintiff Michelle Brawley were discriminated against based on disability.

② Defendant Sulema Hernandez denied reasonable accommodation knowing plaintiff is qualified to work with a disability as equal.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

③ Store managers and HR manager were all engaged in illegal employment practices

④ Defendants intentionally caused emotional distress by abuse of rights and abuse of process towards plaintiff.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

11 /10/ 2020

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☒    issued a Notice of Right to Sue letter, which I received on *(date)*  12/08/2020.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Michelle Brawley, plaintiff asks the court to order the defendant to pay $300,000 for 501 + employees. These intentional discrimination is still happening by false reports to TWC; however have not reply to summons from plaintiff Requesting Default Judgement

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Requesting punitive damages for the reckless act of discrimination by employers who allowed the discrimination to continue. Plaintiff asks for defendant to pay any court fees and attorney fees

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    01 / 7 / 2021

Signature of Plaintiff    By: Michelle : Brawley    ucc 1 308

Printed Name of Plaintiff    By: Michelle Brawley    ucc 1 308

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

AO 240A (Rev. 01/09) Order to Proceed Without Prepaying Fees or Costs

# UNITED STATES DISTRICT COURT
### for the

Michelle Brawley )
_____ )
Plaintiff )
FIESTA MART, LLC    v. )    Civil Action No.
Salena Hernandez )
_____ )
Defendant )

## ORDER TO PROCEED WITHOUT PREPAYING FEES OR COSTS

**IT IS ORDERED:** The plaintiff's application under 28 U.S.C. § 1915 to proceed without prepaying fees or costs is:

❒ Granted:

The clerk is ordered to file the complaint and issue a summons. The United States marshal is ordered to serve the summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

❒ Granted Conditionally:

The clerk is ordered to file the complaint. Upon receipt of the completed summons and USM-285 form for each defendant, the clerk will issue a summons. If the completed summons and USM-285 forms are not submitted as directed, the complaint may be dismissed. The United States marshal is ordered to serve the completed summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

❒ Denied:

This application is denied for these reasons:

Date: 01/07/2021

_____
*Judge's signature*

_____
*Printed name and title*

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
### Northern District of Texas ▮

| | | |
|---|---|---|
| **Michelle Brawley** | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| **Fiesta Mart LLC, #54** | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Fiesta Mart LLC, #54 / Sulema Hernandez

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __7__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: ____09/24/2020____

By: *Michelle Brawley / 308*
*Signature of the attorney or unrepresented party*

**Michelle Brawley**
*Printed name*
1141 Easton Rd
10429d
Dallas Texas, 75218
*Address*

michelleandsmithplawfirm@protonmail.ch
*E-mail address*

214-944-0325
*Telephone number*

 Gmail                          Michelle Brawley <michellebrawley123@gmail.com>

## Your employment
1 message

**Sulema Hernandez <hernandezs@fiestamart.com>**                    Mon, Nov 9, 2020 at 4:43 PM
To: "michellebrawley123@gmail.com" <michellebrawley123@gmail.com>

Hi Michelle

Will you please give me a call regarding your employment.



Sulema Hernandez

HR Business Partner

972-783-8255 Office / 214-261-2354 E-Fax / 469-540-0016 Cell

Fiesta Mart, LLC

5444 Westheimer Road

Suite 101

Houston Texas 77056

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | **450-2020-06645** |

| **TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION** | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)*<br>**MS. MICHELLE BRAWLEY** | Home Phone<br>**(214) 944-0325** | Year of Birth |
|---|---|---|

Street Address      City, State and ZIP Code
**1141 EASTON RD, APT # 10429D, DALLAS, TX 75218**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>**FIESTA MART L.L.C. 74** | No. Employees, Members<br>**501+** | Phone No.<br>**(214) 324-0111** |
|---|---|---|

Street Address      City, State and ZIP Code
**11445 GARLAND RD, DALLAS, TX 75218**

| Name | No. Employees, Members | Phone No. |
|---|---|---|

Street Address      City, State and ZIP Code

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☒ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **05-02-2020**    Latest **09-07-2020**

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**I was hired as a Cashier on April 6, 2020. I was involved in a car accident on or about May 3, 2020. I informed my employer about the accident and turned in doctor notes for my absences. I advised them that I could return on June 12, 2020 and submitted a doctor's note listing restrictions. I did not hear back from anyone. I subsequently went back to the store and spoke with Amy (Supervisor), who advised me that she passed on the note to Paul (Manager). However, I still never heard back about returning to work. On September 7, 2020, I found out that I was terminated.**

**I was informed that I was terminated for being a no call/ no show.**

**I believe that I have been discriminated against and denied a reasonable accommodation because of my disability, or perceived disability, in violation of the Americans with Disabilities Act of 1990, as amended (ADAAA).**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Michelle Brawley on 11-10-2020 01:00 AM EST** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 161-B (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| | |
|---|---|
| To: **Michelle Brawley**<br>**1141 Easton Rd**<br>**Apt # 10429D**<br>**Dallas, TX 75218** | From: **Dallas District Office**<br>**207 S. Houston St.**<br>**3rd Floor**<br>**Dallas, TX 75202** |

☐  *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **450-2020-06645** | **Juan F. Munoz,**<br>**Intake Supervisor** | **(972) 918-3607** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐  More than 180 days have passed since the filing of this charge.

☒  Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒  The EEOC is terminating its processing of this charge.

☐  The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

☐  The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐  The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

for  _____        12/8/2020
**Belinda F. McCallister,**                *(Date Mailed)*
**District Director**

Enclosures(s)

cc:   **Sulema Hernandez**
      **HR Manager**
      **FIESTA MART**
      **11445 GARLAND RD**
      **Dallas, TX 75218**

AFFIDAVIT AND DECLARATION

TEXAS STATE    )

County of Dallas)


Indeed, no more than (affidavits) is necessary to make the prima face case, United States v. kis, 658 F, 562, 7th Cir. 1981).


That I *Michelle Brawley* a living breathing woman being first duly sworn, depose and say and declare by signature that the following facts are true to the best of my knowledge and belief.

That, on

This affidavit is sworn to be the whole truth, and not misleading..."this is true, correct, complete and not meant to mislead" this affidavit is full rebuttal of all claims made against said MICHELLE BRAWLEY by Fiesta Mart Store #54


April 6, 2020 I Michelle Brawley was hired as a checker. May 3, 2020 I called in. May 4, 2020 I was in a car accident at no fault of mine. Because of this I have encountered injuries to the neck and back (I do have documents). 5/4 I called Morris (#74 manager at that time) and told him what went on. He stated to get better and keep in touch. 5/11 I received my first work excuse from my chiropractic for excuse dates 5/11, 5/14, 5/18. The work excuse was given to Amy (#74 manager) on 5/12. 5/22 I received another work excuse for 5/22, 5/27, 5/28 took it to Fiesta on 5/22 and presented it to Amy who had a copy made in the store. I also explained to her my injuries and informed her I was almost done with therapy and will be back soon. My doctor extended my sessions to every two weeks and set the next appointment for 6/12 for that excuse and released me back to work under conditions of no bending, pulling, pushing, stooping. I was given a ok see you later, get well and that someone was going to get back with me stated by Paul (#74 new manager). No one gets back with me on my return to work and no one knows what is going on. June 26, 2020 I went to the store and asked for Amy, she wasn't there. July 10th I had a new serious injury occur. 8/26 I was told in person by a new manager that I was terminated under a no show. 9/7 I presented myself as I was grocery shopping and saw Amy approached her softly in question to my termination. She stated that she turned in all my paperwork to Paul (#74 manager over her) who currently no longer works there. She gave me a number to call and I called that number and was directed to the department for the store (#74 Sulema Hernandez ). When spoken with Mrs. Hernandez stated my termination was a no show and upon I ask as my right for copies of paperwork pertaining to my termination she denied and stated she couldn't give me my information because of their privacy. I wasn't given an option or directed in asking for leave however were directed to bring in work excuses. I haven't spoken to anyone on the return even when requested the information of my return. No one wants to help or inform me in retaining my employment at Fiesta knowing the state of my injury (Title I of the ADA ) requires employers to provide qualified individuals with disabilities an equal opportunity to benefit from the full range of employment-related opportunities available. When discussing with Mrs. Hernandez she put no effort to make reasonable

accommodation of saving my employment even after receiving my work excuse of the approved return back to work with limitations of working; after all, she has been working there for many years (unknown), and now has to pass to the rules, that may in fact be true, concerning public release information; but nonetheless, not according to Abuse of Process (second, torts, 682 (1971) , in addition; I feel like store #74 (manager) Amy, (manager) Paul, (department director) Mrs. Hernandez were all engaged in illegal employment practices for determining which employees participate in saving employment and which exist for the purpose (Title VII of the Civil Rights Act of 1964). Because of the harm attended through their behavior I have lost wages in support of my family; out of a job to go back to after recovery; our home is in disharmony from actions from the employer/manager(s) caused escalation of depression, stress, frustration, anxiety concurrent with the medical conditions from the car accident, in fact one who uses legal or professional process whether civil or criminal, against another primary to accomplish a purpose for which is not designed is subject to liability to the other for harm, caused by the abuse of process see: Reinstatement of Second torts 682 (1971). I am requesting remedy for emotional pain and suffering, heavy stress, anxiety caused by the managers abuse of rights and Hernandez abuse of process, wrongful termination, lost wages, retaliation; I am requesting remedy in the amount of $100,000 dollars as fair compensation for damages past and future.

Pay $9.50

Employed by Jose

Date hire April 6, 2020

Date end June 2020

Further Affidavit Saith Not.

Done this_24_day of September 2020



**adjust**
CHIROPRACTIC

## WORK EXCUSE REPORT / PATIENT RELEASE

DATE: 5/11/20
PATIENT: Drchelle Brawley
SSN: XXX-XX-
Date of injury: 5/4/20

**To Whom It May Concern:**

This patient was under my care for injuries suffered in a Sports/ Work/ Traumatic related accident.

_____ is unable to perform work in present condition from _____ through _____

✓ Please excuse from work/school appointment date (s) 5/11, 5/14, 5/18

_____ is release to full duty work/activities full duty as of _____

_____ is release back to work/activies with these restrictions:

| POSTURE RESTRICTIONS (if any): | | MOTION RESTRICTIONS (if any): | MISC. RESTRICTIONS (if any): Max hours per day of work: |
|---|---|---|---|
| Max Hours per day: 0 2 4 6 8 Other | | Other Restrictions: | _____ |
| Standing | Walking | Sit/Stretch breaks of ____ per ____ | |
| Sitting | Climb stairs/ladders | Must wear splint/cast at work | |
| Kneeling/Squatting | Grasp/Squeeze | Must use crutches at all times | |
| Bending/Stooping | Wrist flexion/extension | No driving/operating heavy equipment | |
| Pushing/Pulling | Reaching | Can only drive automatic transmission | |
| Twisting | Overhead Reaching | No work / hours/day work: | |
| Other: _____ | Keyboarding | In extreme hot/cold environments no heights or on scaffolding | |
| **RESTRICTIONS SPECIFIC TO (if applicable):** | | | |
| L Hand/Wrist    R Hand/Wrist | | **LIFT/CARRY RESTRICTIONS (if any):** | |
| L Arm    R Arm    Neck | | May not lift/carry objects more than ____ lbs. for more than ____ hours per day | |
| L Leg    R Leg    Back | | May not perform any lifting/carrying | |
| L Foot/Ankle    R Foot/Ankle | | Other: _____ | |
| Other: | | | |
| * These restrictions are based on the doctor's best understanding of the employee's essential job functions. If a particular restriction does not apply, it should be disregarded. If modified duty that meets these restrictions is not available, the patient should be considered to be off work. Note - these restrictions should be followed outside of work as well as at work. | | | |

If you have further questions, feel free to contact me at the number above.
Yours in Health,
John Botefuhr D.C.                                    Anne Maurer D.C.



**adjust**
CHIROPRACTIC

## WORK EXCUSE REPORT / PATIENT RELEASE

**DATE:** 6/12/20

**PATIENT:** Brewley Michelle

**SSN:** XXX-XX-

**Date of injury:** 5/4/20

**To Whom It May Concern:**

This patient was under my care for injuries suffered in a Sports/ Work/ Traumatic related accident.

___ is unable to perform work in present condition from _____ through _____

✗ Please excuse from work/school appointment date (s) 6/12/20

___ is release to full duty work/activities full duty as of _____.

☑ is release back to work/activates with these restrictions:

| POSTURE RESTRICTIONS (if any): | MOTION RESTRICTIONS (if any): | | MISC. RESTRICTIONS (if any): Max hours per day of work: |
|---|---|---|---|
| Max Hours per day: 0 2 4 6 8 Other  No Standing | Other Restrictions: Anxiety Testing | | |
| Standing | Walking | Sit/Stretch breaks of ____ per ____ | |
| Sitting | Climb stairs/ladders | Must wear splint/cast at work | |
| Kneeling/Squatting | Grasp/Squeeze | Must use crutches at all times | |
| Bending/Stooping ② | Wrist flex/extension | No driving/operating heavy equipment | |
| Pushing/Pulling ② | Reaching | Can only drive automatic transmission | |
| Twisting | Overhead Reaching | No work / hours/day work: | |
| Other: ____ | Keyboarding | In extreme hot/cold environments | |
| RESTRICTIONS SPECIFIC TO (if applicable): | | no heights or on scaffolding | |
| L Hand/Wrist      R Hand/Wrist | LIFT/CARRY RESTRICTIONS (if any): | | |
| L Arm   R Arm   Neck | May not lift/carry objects more than ____ lbs. for more than ____ hours per day | | |
| L Leg   R Leg   Back | | | |
| L Foot/Ankle   R Foot/Ankle | May not perform any lifting/carrying | | |
| Other: | Other: ____ | | |
| * These restrictions are based on the doctor's best understanding of the employee's essential job functions. If a particular restriction does not apply, it should be disregarded. If modified duty that meets these restrictions is not available, the patient should be considered to be off work. Note - these restrictions should be followed outside of work as well as at work. | | | |

If you have further questions, feel free to contact me at the number above.
Yours in Health,
John Botefuhr D.C.                                    Anne Mauter D.C.



**adjust**
CHIROPRACTIC

## WORK EXCUSE REPORT / PATIENT RELEASE

**DATE:** 5/22/20
**PATIENT:** Michelle Brawley
**SSN:** XXX-XX-
**Date of Injury:** 5/4/20

**To Whom It May Concern:**

This patient was under my care for injuries suffered in a Sports/ Work/ Traumatic related accident.

_____ is unable to perform work in present condition from_____ through_____

✓ Please excuse from work/school appointment date (s) 5/22 , 6/27 , 5/28

_____ is release to full duty work/activities full duty as of _____

_____ is release back to work/activates with these restrictions:

| POSTURE RESTRICTIONS (if any): | | MOTION RESTRICTIONS (if any): | MISC. RESTRICTIONS (if any): Max hours per day of work: |
|---|---|---|---|
| Max Hours per day: 0 2 4 6 8 Other | | Other Restrictions: | |
| Standing | Walking | Sit/Stretch breaks of _____ per _____ | |
| Sitting | Climb stairs/ladders | Must wear splint/cast at work | |
| Kneeling/Squatting | Grasp/Squeeze | Must use crutches at all times | |
| Bending/Stooping | Wrist flexion/extension | No driving/operating heavy equipment | |
| Pushing/Pulling | Reaching | Can only drive automatic transmission | |
| Twisting | Overhead Reaching | No work / hours/day work: | |
| Other: _____ | Keyboarding | In extreme hot/cold environments no heights or on scaffolding | |
| RESTRICTIONS SPECIFIC TO (if applicable): | | | |
| L Hand/Wrist      R Hand/Wrist | | LIFT/CARRY RESTRICTIONS (if any): | |
| L Arm      R Arm      Neck | | May not lift/carry objects more than ____ lbs. for more than ____ hours per day | |
| L Leg      R Leg      Back | | May not perform any lifting/carrying | |
| L Foot/Ankle      R Foot/Ankle | | Other: | |
| Other: | | | |

\* These restrictions are based on the doctor's best understanding of the employee's essential job functions. If a particular restriction does not apply, it should be disregarded. If modified duty that meets these restrictions is not available, the patient should be considered to be off work. Note - these restrictions should be followed outside of work as well as at work.

If you have further questions, feel free to contact me at the number above.
Yours in Health,
John Botefuhr D.C.                                  Anne Maurer D.C.


**adjust** CHIROPRACTIC

*[address block illegible]*

**Visit Date:** May 14, 2020    **Time in:** N/A

## adjust CHIROPRACTIC DAILY NOTE    Dr. John  Dr. Anne

**Patient Name:** Michelle Brawley  **Date of Injury:** May 4, 2020  **Area of injury/complaint:** Back to par??

1. Any accidents since last visit? ¿Yes or No ¿Sí o No?
   ¿Has tenido un accidente desde tu última cita aquí?
2. Briefly, how do you feel today? / ¿Como te siente hoy?

Stiff, sharp neck and ___ back pain
Extremely irritated and uncomfortable

**Patient Signature/Firma:** Michelle Brawley

3. Mark areas of pain below with an X:
   Marque donde tienes dolor con X:

Circle which best describes your condition with 10 as the worst

and 0 as no pain:  0  1  2  3  4  5  (6)  7  8  9  10

---

**OBJECTIVE: Palpation**         **Aberrant motion/position**      **ASSESSMENT:**        **PLAN:**

| Left | | | Right | | | Left | Right | Condition is: | Treatment sched: |
|---|---|---|---|---|---|---|---|---|---|
| Spasm | taut/tender | | Spasm | taut/tender | | | | [ ] resolved | 5xWk 3xWk 2xWk |
| [ ] | [ ] | Up cerv | [ ] | [ ] | | [X] Up Cerv | [X] | [ ] exacerbated | 1xWk 2xMonth |
| [ ] | [ ] | Lw cerv | [X] | [ ] | | [ ] Low Cerv | [ ] | [X] improving | PRN |
| [ ] | [ ] | Up thor | [ ] | [ ] | | [X] Up Thor | [ ] | [ ] unchanged | |
| [ ] | [ ] | Lw thor | [ ] | [ ] | | [ ] Low Thor | [ ] | [ ] worsening | |
| [ ] | [ ] | Up lum | [ ] | [ ] | | [ ] Up Lum | [ ] | | |
| [ ] | [ ] | Lw lum | [ ] | [ ] | | [ ] Low Lum | [ ] | [ ] Acute [ ] Active [ ] Subacute | |
| [ ] | [ ] | SCM | [ ] | [ ] | | [X] Sacroiliac | [ ] | [ ] Recurrence [ ] Chronic [ ] Exacerbation | |
| [ ] | [ ] | Glute | [ ] | [ ] | | [ ] Shoulder/Knee | [ ] | | |
| [ ] | [ ] | Hams | [ ] | [ ] | | [ ] Wrist/Elbow | [ ] | | |
| | | | | | | [ ] Ankle/Foot | [ ] | Work status: [ ] off work [ ] light duty [ ] RTW | |

**Range of Motion:** Cerv Thor Lum increased / decreased  other: _____

**Adjustment Right** C0 C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 Sacroiliac Sacrum Coccyx
**Left** C0 C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 Sacroiliac Sacrum Coccyx
**Extremity:** _____

**Procedures:** 98940 / 98941 / 98942 / 98943

| Passive | Active | Additional Comments: Primarily Sit ___ ____ |
|---|---|---|
| Hot/Cold___ | Ther Ex __ Units | |
| I/F. ___ | Ther Act __ Units | |
| U/S ___ | DN __ Units | |
| Man Ther ___ | | |
| DME | Goals/Plans: | |
| Updated DX?: | | |
| Doctor's Signature: | **Date:** 5-14-20 | **Time:** 1:27 PM |



**adjust CHIROPRACTIC**

804 Garland Rd.
Dallas, TX 75xxx
p 214.xxx.xxxx
f 214.xxx.xxxx
office@adjustchiropracticdalss.com

Visit Date: _May 20/20_ Time In: _10:50_

## adjust CHIROPRACTIC DAILY NOTE    Dr. John  Dr. Anne

Patient Name: _Michell Brawley_ Date of Injury _May 2/20_ Area of injury/complaint: _neck_

**1. Any accidents since last visit?  ¿Yes or No  ¿Sí o No?**
   ¿Has tenido un accidente desde tu última cita aquí?
**2. Briefly, how do you feel today? / ¿Como te siente hoy?**

_Back soreness. Off and on-last pair_
_Tough soreness when bending_
_backwards. When stretching neck_
_has cracking, irritation_

**3. Mark areas of pain below with an X:**
Marque donde tienes dolor con X:

Patient Signature/Firma: _Michell Brawley_

Circle which best describes your condition with 10 as the worst

and 0 as no pain:  0  1  2  3  4  5  6  (7)  8  9  10

---

**OBJECTIVE: Palpation**

| Left | | | Right | | | Left | | Right |
|------|--|--|-------|--|--|------|--|-------|
| Spasm | taut/tender | | Spasm | taut/tender | | | | |
| [] | [] | Up cerv | [] | [] | | [] | Up Cerv | [] |
| [] | [] | Lw cerv | [√] | [] | | []. | Low Cerv | [] |
| [√] | [] | Up thor | [√] | [] | | [√] | Up Thor | [√] |
| [√] | [] | Lw thor | [] | [] | | [√] | Low Thor | [√] |
| [√] | [] | Up lum | [√] | [√] | | [√] | Up Lum | [√] |
| [√] | [] | Lw lum | [√] | [] | | [] | Low Lum | [] |
| [] | [] | SCM | [√] | [] | | [] | Sacroiliac | [√] |
| [] | [] | Glute | [] | [] | | [] | Shoulder/Knee | [] |
| [] | [] | Hams | [] | [] | | [] | Wrist/Elbow | [] |
| | | | | | | [] | Ankle/Foot | [] |

**Aberrant motion/position**

**ASSESSMENT:**
**Condition is:**
[] resolved
[] exacerbated
[√] improving
[] unchanged
[] worsening

[√] Acute [] Active [] Subacute
[] Recurrence [] Chronic [] Exacerbation

Work status: [] off work [] light duty [] RTW

**PLAN:**
Treatment sched:
5xWk 3xWk  2xWk
1xWk 2xMonth
PRN

Range of Motion: Cerv Thor Lum increased / decreased other: _____

Adjustment Right C0 C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 Sacroiliac Sacrum Coccyx
Left C0 C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 Sacroiliac Sacrum Coccyx
Extremity: _____

**Procedures:** 98940 / 98941 / 98942 / 98943
_Passive_      _Active_
Hot/Cold _√_ Ther Ex__Units
I/F.  _√_   Ther Act__Units
U/S ____   DN __ Units
Man Ther ____
DME____
**Updated DX?:**
**Doctor's Signature:**

**Additional Comments:** Ms. Brawley continues with elevated tightness and soreness that the cervical, thoracic, and lumbar areas. Cervical pain and L4 -5 tenderness remains. Pain on end range movement of the cervical spine.  Follow-up next week

Goals/Plans:

Date: _5/20/20_     Time: _11:07_


adjust CHIROPRACTIC

6041 Garland Rd.
Dallas, TX 75043
p 214.328.5544
f 214.328.5555
office@adjustchiropracticdallas.com

**Visit Date:** 0̸/22/00   **Time in:** 11a

## adjust CHIROPRACTIC DAILY NOTE   Dr. John  Dr. Anne

**Patient Name:** Michell Brawley   **Date of injury:** 05/04/20   **Area of injury/complaint:** Back / Neck

---

**1. Any accidents since last visit? ¿Yes or No  ¿Sí o No?**
  ¿Has tenido un accidente desde tu última cita aquí?
**2. Briefly, how do you feel today? / ¿Como te siente hoy?**

Sharp shooting pain at back
neck + Tightness back spasm.
Stiffness in lower back

**Patient Signature/Firma:** Michell Brawley

Circle which best describes your condition with 10 as the worst
and 0 as no pain:  0  1  2  3  4  5  6  7  8 (9) 10

**3. Mark areas of pain below with an X:**
**Marque donde tienes dolor con X:**

---

**OBJECTIVE: Palpation**

| Left | | | Right | |
|---|---|---|---|---|
| Spasm | taut/tender | | Spasm | taut/tender |
| [] | [] | Up cerv | [] | [] |
| [] | [] | Lw cerv | [] | [] |
| [] | [] | Up thor | [√] | [√] |
| [√] | [] | Lw thor | [√] | [√] |
| [√] | [√] | Up lum | [] | [] |
| [√] | [√] | Lw lum | [√] | [√] |
| [] | [] | SCM | [] | [] |
| [] | [] | Glute | [] | [] |
| [] | [] | Hams | [] | [] |

**Aberrant motion/position**

| Left | | Right |
|---|---|---|
| [] | Up Cerv | [] |
| [√] | Low Cerv | [√] |
| [√] | Up Thor | [√] |
| [√] | Low Thor | [] |
| [√] | Up Lum | [] |
| [√] | Low Lum | [√] |
| [√] | Sacroiliac | [] |
| [] | Shoulder/Knee | [] |
| [] | Wrist/Elbow | [] |
| [] | Ankle/Foot | [] |

**ASSESSMENT:**
**Condition is:**
[] resolved
[] exacerbated
[√] improving
[] unchanged
[] worsening

[√] Acute [] Active [] Subacute
[] Recurrence [] Chronic [] Exacerbation

Work status: [] off work [] light duty [] RTW

**PLAN:**
Treatment sched:
5xWk 3xWk 2xWk
1xWk 2xMonth
PRN

**Range of Motion:** Cerv Thor Lum increased / decreased other: _____

**Adjustment Right** C0 C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 Sacroiliac Sacrum Coccyx
**Left** C0 C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 Sacroiliac Sacrum Coccyx
**Extremity:** _____

**Procedures:** 98940 / 98941 / 98942 / 98943

| Passive | Active |
|---|---|
| Hot/Cold / | Ther Ex __ Units |
| I/F / | Ther Act __ Units |
| U/S __ | DN __ Units |
| Man Ther ___ | |
| DME___ | |

**Additional comments:** Ms. Brawley continues with elevated tightness and soreness that the cervical, thoracic, and lumbar areas. She returns from out orthopedic consultation and we are waiting that report. Cervical pain and L4-5 tenderness remains. Pain on end range movement of the cervical spine. Follow-up next week

**Updated DX?:** _____

**Doctor's Signature:** _____   **Date:** 5/22/20   **Time:** 11:37

**Goals/Plans:** _____



**adjust** CHIROPRACTIC

9041 Garland Rd.
Dallas, TX 75218
p 214.553.6344
f 214.553.6666
office@adjustchiropracticdallas.com

Visit Date: _5/27/202o_ Time In: _11:30_

## adjust CHIROPRACTIC DAILY NOTE    Dr. John  Dr. Anne

Patient Name: _Michelle Bradley_ Date of Injury: _5/4/20_ Area of injury/complaint: _Neck_

| 1. Any accidents since last visit? ¿Yes or No   ¿Sí o No?   ¿Has tenido un accidente desde tu última cita aquí?   2. Briefly, how do you feel today? / ¿Como te siente hoy? | 3. Mark areas of pain below with an X:   Marque donde tienes dolor con X: |
|---|---|

_5 at [ ] this_
_7 radio deep pain_

Patient Signature/Firma: _[signature]_

Circle which best describes your condition with 10 as the worst

and 0 as no pain:   0   1   2   3   4   (5)   6   (7)   8   9   10

---

**OBJECTIVE: Palpation**            **Aberrant motion/position**

| Left | | | | Right | Left | | Right |
|---|---|---|---|---|---|---|---|
| Spasm taut/tender | | | | Spasm taut/tender | | | |
| [] | [] | Up cerv | [] | [] | [] | Up Cerv | [] |
| [] | [] | Lw cerv | [] | [] | [√] | Low Cerv | [] |
| [√] | [√] | Up thor | [√] | [√] | [] | Up Thor | [√] |
| [√] | [√] | Lw thor | [√] | [] | [√] | Low Thor | [√] |
| [] | [√] | Up lum | [√] | [] | [] | Up Lum | [] |
| [√] | [√] | Lw lum | [] | [] | [] | Low Lum | [] |
| [] | [] | SCM | [] | [] | [] | Sacroiliac | [√] |
| [] | [] | Glute | [] | [] | [] | Shoulder/Knee | [] |
| [] | [] | Hams | [] | [] | [] | Wrist/Elbow | [] |
| | | | | | [] | Ankle/Foot | [] |

**ASSESSMENT:**
Condition is:
[ ] resolved
[ ] exacerbated
[√] improving
[ ] unchanged
[ ] worsening

[√] Acute [ ] Active [ ] Subacute
[ ] Recurrence [ ] Chronic [ ] Exacerbation

Work status: [ ] off work [ ] light duty [ ] RTW

**PLAN:**
Treatment sched:
5xWk 3xWk  2xWk
1xWk 2xMonth
PRN

Range of Motion: Cerv Thor Lum increased / decreased  other: _____

Adjustment Right C0 C1 C2 (C3) C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 Sacroiliac Sacrum Coccyx
Left C0 C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 Sacroiliac Sacrum Coccyx
Extremity: _____

Procedures: 98940 / 98941 / 98942 / 98943

| _Passive_ | _Active_ | Additional Comments: |
|---|---|---|
| Hot/Cold / | Ther Ex __ Units | |
| I/F ___ | Ther Act __ Units | |
| U/S ___ | DN __ Units | |
| Man Ther ____ | | |
| DME _____ | Goals/Plans: | |

Updated DX?:
Doctor's Signature: _[signature]_     Date: _5/27/20_     Time: _11:11_



**adjust**
CHIROPRACTIC

Visit Date: _05_/_28_/_2020_ Time in: _11:__

## adjust CHIROPRACTIC DAILY NOTE    Dr. John  Dr. Anne

Patient Name: _Michele Brinkley_ Date of injury: _05/4/20__ Area of injury/complaint: _Neck / back_

---

1. Any accidents since last visit? ¿Yes or No  ¿Sí o No?
   ¿Has tenido un accidente desde tu última cita aquí?
2. Briefly, how do you feel today? / ¿Como te siente hoy?

_While bending neck a sharp_
_low pain and neck but_
_is stiff when turning_

Patient Signature/Firma: _Michele Brinkley_

Circle which best describes your condition with 10 as the worst

and 0 as no pain:  0  1  2  3  4  5  6 (7) 8  9  10

3. Mark areas of pain below with an X:
   Marque donde tienes dolor con X:

---

### OBJECTIVE: Palpation

| Left | | Right | | | Left | | Right |
|------|------|------|------|------|------|------|------|
| Spasm | taut/tender | Spasm | taut/tender | | | | |
| [X] | [X] | Up cerv | [] | [] | Up Cerv | [] |
| [X] | [X] | Lw cerv | [] | [] | Low Cerv | [X] |
| [] | [] | Up thor | [X] | [X] | Up Thor | [X] |
| [] | [] | Lw thor | [X] | [] | Low Thor | [X] |
| [X] | [X] | Up lum | [] | [] | Up Lum | [] |
| [] | [] | Lw lum | [X] | [X] | Low Lum | [] |
| [] | [] | SCM | [] | [] | Sacroiliac | [] |
| [] | [] | Glute | [] | [] | Shoulder/Knee | [] |
| [] | [] | Hams | [] | [] | Wrist/Elbow | [] |
| | | | | | Ankle/Foot | [] |

**Aberrant motion/position**

### ASSESSMENT:
Condition is:
[] resolved
[] exacerbated
[X] improving
[] unchanged
[] worsening

[] Acute [X] Active [] Subacute
[] Recurrence [] Chronic [] Exacerbation

Work status: [] off work [] light duty [] RTW

### PLAN:
Treatment sched:
5xWk 3xWk 2xWk
1xWk 2xMonth
PRN

---

Range of Motion: Cerv Thor Lum increased / decreased  other: _____

Adjustment Right C0 C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 Sacroiliac Sacrum Coccyx
          Left C0 C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 Sacroiliac Sacrum Coccyx
Extremity: _____

Procedures: 98940 / (98941) 98942 / 98943
Passive    Active
Hot/Cold __ Ther Ex __ Units
I/F __      Ther Act __ Units
U/S __      DN __ Units
Man Ther ____
DME ____
Updated DX?:
Doctor's Signature

Additional Comments: _____

Goals/Plans: _____

Date: _5/28/20_    Time: _11:33_



**adjust** CHIROPRACTIC

Visit Date: _06/01/2009_ Time in: _11 Am_

## adjust CHIROPRACTIC DAILY NOTE    Dr. John  Dr. Anne

Patient Name _Michelle Brawly_ Date of Injury: _5/1/20_    Area of Injury/complaint: _Neck_

---

**1. Any accidents since last visit? ¿Yes or No   ¿Sí o No?**
¿Has tenido un accidente desde tu última cita aquí?

**2. Briefly, how do you feel today? / ¿Como te siente hoy?**

_Sharp pain down back left sd. - #8_

_Tightness — #5_

_stiffness_

Patient Signature/Firma: _Michelle Brawly_

Circle which best describes your condition with 10 as the worst
and 0 as no pain:  0  1  2  3  4  (5)  6  7  (8)  9  10

**3. Mark areas of pain below with an X:**
Marque donde tienes dolor con X:

---

### OBJECTIVE: Palpation

| Left | | Right | | Aberrant motion/position | Left | Right |
|------|--|-------|--|--------------------------|------|-------|
| Spasm taut/tender | | Spasm taut/tender | | | | |
| [X] | [X] | Up cerv | [] | [] | Up Cerv | [X] | [] |
| [X] | [X] | Lw cerv | [X] | [X] | Low Cerv | [X] | [] |
| [] | [X] | Up thor | [] | [] | Up Thor | [] | [X] |
| [] | [] | Lw thor | [] | [] | Low Thor | [X] | |
| [X] | [X] | Up lum | [] | [] | Up Lum | [X] | [] |
| [] | [] | Lw lum | [X] | [X] | Low Lum | [] | |
| [] | [] | SCM | [] | [] | Sacroiliac | [] | [] |
| [] | [] | Glute | [] | [] | Shoulder/Knee | [] | [] |
| [] | [] | Hams | [] | [] | Wrist/Elbow | [] | [] |
| | | | | | Ankle/Foot | [] | [] |

### ASSESSMENT:
**Condition is:**
[] resolved
[] exacerbated
[X] improving
[] unchanged
[] worsening

[X] Acute  [] Active  [] Subacute
[] Recurrence [] Chronic [] Exacerbation

Work status: [] off work [] light duty [] RTW

### PLAN:
Treatment sched:
5xWk 3xWk 2xWk
1xWk 2xMonth
PRN

Range of Motion: Cerv Thor Lum increased / decreased  other: _____

Adjustment Right C0 C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 Sacroiliac Sacrum Coccyx
Left C0 C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 Sacroiliac Sacrum Coccyx
Extremity: _____

Procedures: 98940 / 98941 / 98942 / 98943

| Passive | Active | Additional Comments: _____ |
|---------|--------|---------|
| Hot/Cold _L_ Ther Ex __Units | |
| I/F _1_ Ther Act __Units | |
| U/S __ DN __ Units | |
| Man Ther ___ | |
| DME_____ | Goals/Plans: |
| Updated DX?: | |

Date: _4/1/20_    Time: _11:54_



**adjust CHIROPRACTIC**

9044 Garland Rd.
Dallas, TX 75208
p 214.388.6844
f 214.388.6844
office@adjustchiropracticdallas.com

**Visit Date:** 6/5/20 **Time in:** 1:00

## adjust CHIROPRACTIC DAILY NOTE    Dr. John  Dr. Anne

**Patient Name:** Michelle Brawley **Date of Injury:** 5/4/20 **Area of injury/complaint:** Neck/back

**1. Any accidents since last visit? ¿Yes or No   ¿Si o No?**
**¿Has tenido un accidente desde tu última cita aquí?**
**2. Briefly, how do you feel today? / ¿Como te siente hoy?**

Stiffness and soreness

Need trans therapy

**Patient Signature/Firma:** Michelle Brawley

Circle which best describes your condition with 10 as the worst

and 0 as no pain: 0  1  2  3  4  5  6  7 (8) 9  10

**3. Mark areas of pain below with an X:**
Marque donde tienes dolor con X:

| OBJECTIVE: Palpation | | | | Aberrant motion/position | | | ASSESSMENT: | PLAN: |
|---|---|---|---|---|---|---|---|---|
| **Left** | | **Right** | | **Left** | | **Right** | **Condition is:** | Treatment sched: |
| Spasm taut/tender | | Spasm taut/tender | | | | | [ ] resolved | 5xWk 3xWk 2xWk |
| [ ] | [ ] | Up cerv | [ ] | Up Cerv | [ ] | | [ ] exacerbated | 1xWk 2xMonth |
| [ ] | [ ] | Lw cerv | [ ] | Low Cerv | [ ] | | [ ] improving | PRN |
| [ ] | [ ] | Up thor | [ ] | Up Thor | [ ] | | [x] unchanged | |
| [ ] | [ ] | Lw thor | [ ] | Low Thor | [ ] | | [ ] worsening | |
| [ ] | [ ] | Up lum | [ ] | Up Lum | [ ] | | | |
| [ ] | [ ] | Lw lum | [ ] | Low Lum | [ ] | | [ ] Acute [ ] Active [ ] Subacute | |
| [ ] | [ ] | SCM | [ ] | Sacroiliac | [ ] | | [ ] Recurrence [ ] Chronic [ ] Exacerbation | |
| [ ] | [ ] | Glute | [ ] | Shoulder/Knee | [ ] | | | |
| [ ] | [ ] | Hams | [ ] | Wrist/Elbow | [ ] | | | |
| | | | | Ankle/Foot | [ ] | | Work status: [ ] off work [ ] light duty [ ] RTW | |

**Range of Motion:** Cerv Thor Lum increased / decreased other: _____

**Adjustment Right** C0 C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 Sacroiliac Sacrum Coccyx
**Left** C0 C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 Sacroiliac Sacrum Coccyx
**Extremity:** _____

**Procedures:** 98940 / 98941 / 98942 / 98943

| Passive | Active | **Additional Comments:** |
|---|---|---|
| Hot/Cold___ | Ther Ex 1 Units | |
| I/F ___ | Ther Act 2 Units | |
| U/S ___ | DN __ Units | |
| Man Ther ___ | | |
| DME___ | | **Goals/Plans:** |

**Updated DX?:**



**adjust** CHIROPRACTIC

**Visit Date:** 06/08/2020    **Time in:** 12pm

## adjust CHIROPRACTIC CLINIC DAILY NOTE

**1. Any accidents since last visit? ¿Yes or No ¿Sí o No?**
¿Has tenido un accidente desde tu última cita aquí?
**2. Briefly, how do you feel today? / ¿Como te siente hoy?**

Sore and mild sharp pain in upper back

**Patient Signature/Firma:** _[signature]_

Circle which best describes your condition with 10 as the worst pain
and 0 as no pain: 0 1 2 3 4 5 (6) 7 8 9 10

**3. Mark areas of pain below with an X:**
Marque donde tienes dolor con X:

---

**OBJECTIVE: Palpation**

| Left | | | Right | |
|---|---|---|---|---|
| Spasm | taut/tender | | Spasm | taut/tender |
| [] | [] | Up cerv | [] | [] |
| | | Lw cerv | [] | [] |
| | | Up thor | [] | [] |
| | | Lw thor | [] | [] |
| | | Up lum | [] | [] |
| [] | [] | Lw lum | [] | [] |
| | [] | SCM | | [] |
| [] | [] | Glute | [] | [] |
| [] | [] | Hams | [] | [] |

**Aberrant motion/position**

| Left | | Right |
|---|---|---|
| [] | Up Cerv | [] |
| | Low Cerv | [] |
| [] | Up Thor | [] |
| | Low Thor | [] |
| [] | Up Lum | [] |
| [] | Low Lum | [] |
| | Sacroiliac | [] |
| [] | Shoulder/Knee | [] |
| [] | Wrist/Elbow | [] |
| [] | Ankle/Foot | [] |

**ASSESSMENT:**
Condition is:
[] resolved
[] exacerbated
[] improving
[] unchanged
[] worsening

[✓] Acute [] Active [] Subacute
[] Recurrance [] Chronic [] Exacerbation

Work status:[] off work [] light duty [] RTW

**PLAN:**
Treatment sched:
5xWk 3xWk 2xWk
1xWk 2xMonth
PRN

---

Range of Motion: Cerv Thor Lum increased / decreased  other: _____

Adjustment Right C0 C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 Sacroiliac Sacrum Coccyx
                  Left C0 C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 Sacroiliac Sacrum Coccyx
Drop/Flexion/SCMT
Extremity: _____

| Procedures: | Comments: |
|---|---|
| **Passive**   **Active** | |
| Hot/Cold___ Ther Ex__ Units | |
| I/F ___   Ther Act__ Units | |
| U/S ___ | |
| Man Ther ___ | |
| DME ___ | Goals/Plans: |
| Updated DX: | |

Doctor's Signature: _____  **Date:** 6/08/20  **Time out:** 12:17



**adjust CHIROPRACTIC**

Visit Date: _09/12/2020_    Time in: _12p_

## adjust CHIROPRACTIC CLINIC DAILY NOTE

---

**1. Any accidents since last visit? ¿Yes or No   ¿Sí o No?**
   **¿Has tenido un accidente desde tu última cita aquí?**
**2. Briefly, how do you feel today? / ¿Como te siente hoy?**

_Senbus back pain Sharp totify_

**Patient Signature/Firma:** _Michelle Bealy_

Circle which best describes your condition with 10 as the worst pain
and 0 as no pain: 0  1  2  3  4  5  6  7  8  9  (10)

**3. Mark areas of pain below with an X:**
**Marque donde tienes dolor con X:**

---

**OBJECTIVE: Palpation**

| **Left** | | **Right** | | **Left** | | **Right** |
|---|---|---|---|---|---|---|
| Spasm | taut/tender | Spasm | taut/tender | | Up Cerv | [] |
| [] | [] | Up cerv | [] | [] | Low Cerv | [] |
| [] | [] | Lw cerv | [] | [] | Up Thor | [] |
| [] | [] | Up thor | [] | [] | Low Thor | [] |
| [] | [] | Lw thor | [] | [] | Up Lum | [] |
| [] | [] | Up lum | [] | [] | Low Lum | [] |
| [] | [] | Lw lum | [] | [] | Sacroiliac | [] |
| [] | [] | SCM | [] | [] | Shoulder/Knee | [] |
| [] | [] | Glute | [] | [] | Wrist/Elbow | [] |
| [] | [] | Hams | [] | [] | Ankle/Foot | [] |

**Aberrant motion/position**

**ASSESSMENT:**
Condition is:
[ ] resolved
[ ] exacerbated
[ ] improving
[x] unchanged
[ ] worsening

[x] Acute  [ ] Active  [ ] Subacute
[ ] Recurrance [ ] Chronic [ ] Exacerbation

Work status:[ ] off work[ ]light duty[ ]RTW

**PLAN:**
Treatment sched:
5xWk 3xWk 2xWk
1xWk 2xMonth
PRN

**Range of Motion:** Cerv Thor Lum increased / decreased  other: _____

**Adjustment Right** C0 C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 Sacroiliac Sacrum Coccyx
     Left C0 C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 Sacroiliac Sacrum Coccyx

Extremity: _____

**Procedures:     Comments:**
**Passive    Active**
Hot/Cold / Ther Ex__Units
I/F    _/_    Ther Act __Units
U/S __
Man Ther ____
DME __
Updated DX:

**Goals/Plans:** _____

Date: _6/12/20_    Time out: _12:43_



**adjust**
CHIROPRACTIC

**Visit Date:** 6/15/20    **Time In:** 12

## adjust CHIROPRACTIC CLINIC DAILY NOTE

**1. Any accidents since last visit? ¿Yes or No   ¿Sí o No?**
¿Has tenido un accidente desde tu última cita aquí?
**2. Briefly, how do you feel today? / ¿Como te siente hoy?**

Stiff & soreness are ace

**Patient Signature/Firma:** _____

Circle which best describes your condition with 10 as the worst pain
and 0 as no pain:  0  1  2  3  4  5  6 (7) 8  9  10

**3. Mark areas of pain below with an X:**
Marque donde tienes dolor con X:

| OBJECTIVE: Palpation | | | | Aberrant motion/position | | | ASSESSMENT: | PLAN: |
|---|---|---|---|---|---|---|---|---|
| **Left** | | **Right** | | **Left** | | **Right** | **Condition is:** | **Treatment sched:** |
| Spasm | taut/tender | Spasm | taut/tender | | | | [ ] resolved | 5xWk 3xWk  2xWk |
| [X] | [X] | Up cerv [ ] | [ ] | [X] | Up Cerv | [X] | [ ] exacerbated | 1xWk 2xMonth |
| [X] | [X] | Lw cerv [ ] | [ ] | [ ] | Low Cerv | [ ] | [X] improving | PRN |
| [ ] | [ ] | Up thor [X] | [X] | [ ] | Up Thor | [ ] | [ ] unchanged | |
| [X] | [X] | Lw thor [ ] | [X] | [ ] | Low Thor | [X] | [ ] worsening | |
| [X] | [X] | Up lum [ ] | [ ] | [X] | Up Lum | [ ] | | |
| [ ] | [ ] | Lw lum [ ] | [ ] | [ ] | Low Lum | [ ] | [X] Acute [ ] Active [ ] Subacute | |
| [ ] | [ ] | SCM [ ] | [ ] | [ ] | Sacroiliac | [ ] | [ ] Recurrance [ ] Chronic [ ] Exacerbation | |
| [ ] | [ ] | Glute [ ] | [ ] | [ ] | Shoulder/Knee | [ ] | | |
| [ ] | [ ] | Hams [ ] | [ ] | [ ] | Wrist/Elbow | [ ] | | |
| | | | | [ ] | Ankle/Foot | [ ] | Work status:[ ] off work[ ]light duty[ ]RTW | |

Range of Motion (Cerv) Thor Lum increased / decreased  other: _____

Adjustment Right C0 C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 Sacroiliac Sacrum Coccyx
cActivator/cSCMT    Left C0 C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 Sacroiliac Sacrum Coccyx
Extremity: _____

**Procedures:    Comments:** _____
**Passive    Active**
Hot/Cold / Ther Ex _ Units
I/F _ Ther Act _ Units
U/S _
Man Ther _
DME _    **Goals/Plans:** _____
**Updated DX:**

Doctor's Signature: _____    Date: 6/15/20    Time out: 12:42



**adjust**
CHIROPRACTIC

**Visit Date:** 6/19/20    **Time In:** 12 pm

## adjust CHIROPRACTIC CLINIC DAILY NOTE

1. Any accidents since last visit? ¿Yes or No   ¿Sí o No?
   ¿Has tenido un accidente desde tu última cita aquí?
2. Briefly, how do you feel today? / ¿Como te siente hoy?

Sore in the morning and stiff a little

Patient Signature/Firma: _Michelle Beasley_

Circle which best describes your condition with 10 as the worst pain
and 0 as no pain: 0 1 2 3 4 5 6 7 ⑧ 9 10

3. Mark areas of pain below with an X:
   Marque donde tienes dolor con X:

**OBJECTIVE: Palpation**

| Left | | | Right | | | Aberrant motion/position | | |
|---|---|---|---|---|---|---|---|---|
| Spasm | taut/tender | | Spasm | taut/tender | | Left | | Right |
| [] | [] | Up cerv | [✓] | [✓] | | [✓] | Up Cerv | [] |
| [] | [] | Lw cerv | [✓] | [✓] | | [] | Low Cerv | [✓] |
| [✓] | [✓] | Up thor | [] | [] | | [✓] | Up Thor | [✓] |
| [✓] | [✓] | Lw thor | [] | [] | | [] | Low Thor | [✓] |
| [] | [] | Up lum | [✓] | [✓] | | [] | Up Lum | [] |
| [] | [] | Lw lum | [] | [] | | [✓] | Low Lum | [] |
| [] | [] | SCM | [] | [] | | | Sacroiliac | [] |
| [] | [] | Glute | [] | [] | | | Shoulder/Knee | [] |
| [] | [] | Hams | [] | [] | | | Wrist/Elbow | [] |
| | | | | | | | Ankle/Foot | [] |

**ASSESSMENT:**
Condition is:
[] resolved
[] exacerbated
[✓] improving
[] unchanged
[] worsening

[✓] Acute [] Active [] Subacute
[] Recurrence [] Chronic [] Exacerbation

Work status:[] off work[ ]light duty[ ]RTW

**PLAN:**
Treatment sched:
5xWk 3xWk 2xWk
1xWk 2xMonth
PRN

**Range of Motion:** Cerv Thor Lum increased / decreased other: _____

Adjustment Right C0 C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 Sacroiliac Sacrum Coccyx
extremity/cont              Left C0 C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 Sacroiliac Sacrum Coccyx
Extremity: _____

**Procedures:   Comments:** _____
_Passive     Active_
Hot/Cold_✓_ Ther Ex__Units
I/F ___✓____ Ther Act __Units
U/S ___
Man Ther ___
DME_____
Updated DX:

**Goals/Plans:** _____



**adjust CHIROPRACTIC**

9041 Garland Rd.
Dallas, TX 76235
p 214.823.8244
f 214.389.8966
office@adjustchiropracticdallas.com

**Visit Date:** 6 / 23 / 20          **Time in:** 11:00 am

## adjust CHIROPRACTIC CLINIC DAILY NOTE

**Patient Name:** _Michelle Brawley_  **Date of injury:** 5/4/20   **Area of injury/complaint:** _Neck/back_

---

**1. Any accidents since last visit? ¿Yes or No   ¿Sí o No?**
¿Has tenido un accidente desde tu última cita aquí?
**2. Briefly, how do you feel today? / ¿Como te siente hoy?**

_Tighter in right shoulder low back_
_Felt sharp spasm in back_

**Patient Signature/Firma:** _Michelle Brawley_

Circle which best describes your condition with 10 as the worst pain
and 0 as no pain: 0  1  2  3  4  5  (6)  7  8  9  10

**3. Mark areas of pain below with an X:**
Marque donde tienes dolor con X:

---

**OBJECTIVE: Palpation**

| Left | | Right | | | | | |
|------|---|-------|---|---|---|---|---|
| Spasm | taut/tender | Spasm | taut/tender | | | | |
| [] | [] | Up cerv | [] | [] | | | |
| [X] | [X] | Lw cerv | [] | [X] | | | |
| [X] | [X] | Up thor | [X] | [] | | | |
| [X] | [] | Lw thor | [] | [] | | | |
| [] | [] | Up lum | [] | [] | | | |
| [X] | [] | Lw lum | [] | [] | | | |
| [] | [] | SCM | [] | [] | | | |
| [] | [] | Glute | [] | [] | | | |
| [] | [] | Hams | [] | [] | | | |

**Aberrant motion/position**

| Left | | Right |
|------|---|-------|
| [X] | Up Cerv | [] |
| [X] | Low Cerv | [X] |
| [X] | Up Thor | [] |
| [X] | Low Thor | [] |
| [] | Up Lum | [] |
| [] | Low Lum | [] |
| [] | Sacroiliac | [X] |
| [] | Shoulder/Knee | [] |
| [] | Wrist/Elbow | [] |
| [] | Ankle/Foot | [] |

**ASSESSMENT:**
Condition is:
[] resolved
[] exacerbated
[X] improving
[] unchanged
[] worsening

[X] Acute [] Active [] Subacute
[] Recurrance [] Chronic [] Exacerbation

Work status:[] off work [X] light duty [] RTW

**PLAN:**
Treatment sched:
5xWk 3xWk  2xWk
1xWk 2xMonth
PRN

**Range of Motion:** Cerv Thor Lum increased / decreased  other: _____

**Adjustment** Right  C0 C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 Sacroiliac Sacrum Coccyx
DActivator/DCMT  Left  C0 C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 Sacroiliac Sacrum Coccyx
Extremity: _____

**Procedures:**   **Comments:**
_Passive_    _Active_
Hot/Cold [X]  Ther Ex__Units     Ms. Brawley continues with elevated tightness and soreness that the
I/F    [X]   Ther Act__Units    cervical, thoracic, and lumbar areas. She returns from but orthopedic
U/S ___                         consultation and we are waiting that report. Cervical pain and L4-5
Man Ther ___                    tenderness remains. Pain on end range movement of the cervical spine.
DME_____
Updated DX:                     Goals/Plan: Follow-up next week · Email for Ref

**Doctor's Signature:** _____   **Date:** 6/23/20   **Time out:** 11:34



**adjust**
CHIROPRACTIC

Visit Date: _09/28/20_     Time in: _11/m_

## adjust CHIROPRACTIC CLINIC DAILY NOTE

Patient Name: _Michael Bradley_   Date of Injury: _5/1/20_   Area of Injury/complaint: _Neck / Back_

---

1. Any accidents since last visit? ¿Yes or No   ¿Sí o No?
   ¿Has tenido un accidente desde tu última cita aquí?
2. Briefly, how do you feel today? / ¿Como te siente hoy?

_Neck spinal pain with stiffness_
_and tightness. Some shoulder pain._

Patient Signature/Firma: _Michael Brad_

Circle which best describes your condition with 10 as the worst pain
and 0 as no pain:  0  1  2  3  4  5  6 (7) 8  9  10

3. Mark areas of pain below with an X:
Marque donde tienes dolor con X:

---

**OBJECTIVE: Palpation**

| Left | | | Right | |
|---|---|---|---|---|
| Spasm taut/tender | | | Spasm taut/tender | |
| [] | [] | Up cerv | [] | [] |
| [] | [] | Lw cerv | [] | [] |
| [] | [] | Up thor | [] | [] |
| [] | [] | Lw thor | [] | [] |
| [] | [] | Up lum | [] | [] |
| [] | [] | Lw lum | [] | [] |
| [] | [] | SCM | [] | [] |
| [] | [] | Glute | [] | [] |
| [] | [] | Hams | [] | [] |

**Aberrant motion/position**

| | Left | Right |
|---|---|---|
| Up Cerv | [] | [] |
| Low Cerv | [] | [] |
| Up Thor | [] | [] |
| Low Thor | [] | [] |
| Up Lum | [] | [] |
| Low Lum | [] | [] |
| Sacroiliac | [] | [] |
| Shoulder/Knee | [] | [] |
| Wrist/Elbow | [] | [] |
| Ankle/Foot | [] | [] |

**ASSESSMENT:**
Condition is:
[] resolved
[] exacerbated
[] improving
[] unchanged
[] worsening

[X] Acute [] Active [] Subacute
[] Recurrence [] Chronic [] Exacerbation

Work status: [] off work [X] light duty [] RTW

**PLAN:**
Treatment sched:
5xWk 3xWk 2xWk
1xWk 2xMonth
PRN

Range of Motion: Cerv Thor Lum increased / decreased  other: _____

Adjustment Right C0 C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 Sacroiliac Sacrum Coccyx
Adjustment Left C0 C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 Sacroiliac Sacrum Coccyx
Extremity: _____

**Procedures:**   **Comments:** _____
_Passive_    _Active_
Hot/Cold ___  Ther Ex ___ Units
I/F ___    Ther Act ___ Units
U/S ___
Man Ther ___
DME _____   Goals/Plans: _____
Updated DX:

Doctor's Signature: _____   Date: _6/21/20_   Time out: _1:50_



**adjust** CHIROPRACTIC

904 Garland Rd.
Dallas, TX 75218
p 214.821.8844
f 214.269.8944
office@adjustchiropracticdallas.com

**Visit Date:** 7/3/2020    **Time in:** 10am

## adjust CHIROPRACTIC DAILY NOTE    Dr. John  Dr. Anne

**Patient Name:** Michelle Brawley  **Date of injury:** 5/14/2020  **Area of injury/complaint:** Neck/Back

---

1. Any accidents since last visit? ¿Yes or No  ¿Sí o No?
   ¿Has tenido un accidente desde tu última cita aquí?
2. Briefly, how do you feel today? / ¿Como te siente hoy?
   _Hurt_

_Shoulder area stiff in and heavy_
_Middle joint sore now when bending_
_Sharp pain._

**Patient Signature/Firma:** Michelle Brawley

Circle which best describes your condition with 10 as the worst

and 0 as no pain:  0  1  2  3  4  5  6  7  (8)  9  10

3. Mark areas of pain below with an X:
   Marque donde tienes dolor con X:

---

**OBJECTIVE: Palpation**

| Left | | | Right | | Aberrant motion/position Left | | Right |
|---|---|---|---|---|---|---|---|
| Spasm | taut/tender | | Spasm | taut/tender | [ ] | Up Cerv | [ ] |
| [ ] | [ ] | Up cerv | [ ] | [ ] | [ ] | Low Cerv | [✓] |
| [✓] | [ ] | Lw cerv | [ ] | [✓] | [✓] | Up Thor | [ ] |
| [✓] | [ ] | Up thor | [ ] | [✓] | [ ] | Low Thor | [ ] |
| [✓] | [ ] | Lw thor | [ ] | [ ] | [✓] | Up Lum | [✓] |
| [✓] | [ ] | Up lum | [ ] | [ ] | [✓] | Low Lum | [✓] |
| [✓] | [ ] | Lw lum | [ ] | [ ] | [ ] | Sacroiliac | [✓] |
| [ ] | [ ] | SCM | [ ] | [ ] | [ ] | Shoulder/Knee | [ ] |
| [ ] | [ ] | Glute | [ ] | [ ] | [ ] | Wrist/Elbow | [ ] |
| [ ] | [ ] | Hams | [ ] | [ ] | [ ] | Ankle/Foot | [ ] |

**ASSESSMENT:**
**Condition is:**
[ ] resolved
[ ] exacerbated
[✓] improving
[ ] unchanged
[ ] worsening

[✓] Acute [ ] Active [ ] Subacute
[ ] Recurrence [ ] Chronic [ ] Exacerbation

Work status: [ ] off work [ ] light duty [ ] RTW

**PLAN:**
Treatment sched:
5xWk 3xWk 2xWk
1xWk 2xMonth
PRN

Range of Motion: Cerv Thor Lum increased / decreased  other: _____

Adjustment Right C0 C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 Sacroiliac Sacrum Coccyx
Left C0 C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 Sacroiliac Sacrum Coccyx
Extremity: _____

**Procedures:** 98940 / 98941 / 98942 / 98943

| Passive | Active |
|---|---|
| Hot/Cold ___ | Ther Ex 2 Units |
| I/F ___ | Ther Act 2 Units |
| U/S ___ | DN ___ Units |
| Man Ther ___ | |
| DME ___ | |
| Updated DX? | |

**Additional comments:** Ms. Brawley continues with elevated tightness and soreness that the cervical, thoracic, and lumbar areas. She awaits med mgmt  consultation and we are waiting that appt. Cervical pain and L4 -5 tenderness remains. Pain on end range movement of the cervical spine.  TEX's today Follow-up next week

**Goals/Plans:** _____

**Date:** 7/3/20    **Time:** 10:15



**adjust** CHIROPRAC-IC

9041 Garland Rd.
Dallas, TX 75218
p 214.922.8844
f 214.366.6996
office@adjustchiropracticdallas.com

Visit Date: _07/17/2020_ Time in: _11_am_

## adjust CHIROPRACTIC DAILY NOTE    Dr. John Botefuhr

Patient Name: _Michelle Brawley_ Date of injury: _5/4/20_ Area of injury/complaint: _Neck/back_

---

**1. Any accidents since last visit? ¿Yes or No   ¿Sí o No?**
¿Has tenido un accidente desde tu última cita aquí?

**2. Briefly, how do you feel today? / ¿Como te siente hoy?**

_From accident 20_

_New pain mode "10"_

**Patient Signature/Firma:** _Michelle Brawley_

Circle which best describes your condition with 10 as the worst

and 0 as no pain: (0) 1 2 3 4 5 6 7 8 9 10

**3. Mark areas of pain below with an X:**
Marque donde tienes dolor con X:

---

| OBJECTIVE: Palpation | | | | | | Aberrant motion/position | | | ASSESSMENT: | PLAN: |
|---|---|---|---|---|---|---|---|---|---|---|
| **Left** | | | **Right** | | | **Left** | | **Right** | **Condition is:** | **Treatment sched:** |
| Spasm | taut/tender | | Spasm | taut/tender | | [] | Up Cerv | [] | [] resolved | 5xWk 3xWk  2xWk |
| [] | [] | Up cerv | [] | [] | | [X] | Low Cerv | [] | [] exacerbated | 1xWk 2xMonth |
| [X] | [X] | Lw cerv | [X] | [] | | [X] | Up Thor | [X] | [] improving | PRN |
| [X] | [] | Up thor | [] | [X] | | [] | Low Thor | [X] | [] unchanged | |
| [X] | [X] | Lw thor | [X] | [X] | | [] | Up Lum | [] | [] worsening | |
| [] | [] | Up lum | [] | [] | | [X] | Low Lum | [] | | |
| [] | [] | Lw lum | [X] | [X] | | [] | Sacroiliac | [] | [] Acute [] Active [] Subacute | |
| [] | [] | SCM | [] | [] | | [] | Shoulder/Knee | [] | [] Recurrence [] Chronic [] Exacerbation | |
| [] | [] | Glute | [] | [] | | [] | Wrist/Elbow | [] | | |
| [] | [] | Hams | [] | [] | | [] | Ankle/Foot | [] | Work status: [] off work [] light duty [] RTW | |

Range of Motion: Cerv Thor Lum increased / decreased other: _____

Adjustment Right C0 C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 Sacroiliac Sacrum Coccyx
Left C0 C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 Sacroiliac Sacrum Coccyx
Extremity: _____

**Procedures:** 98940 / 98941 / 98942 / 98943    _Grad 4 spra_   _r l_

| Passive | Active | **Additional Comments:** |
|---|---|---|
| Hot/Cold___ | Ther Ex___Units | _Pt return w/ (1) stable knee._ |
| I/F ___ | Ther Act ___Units | _____ |
| U/S ___ | DN ___ Units | _C6S1_   _1/2/14_ |
| Man Ther ___ | | |
| DME ___ | Goals/Plans: _____ | |
| Updated DX?: | | |

**Doctor's Signature:**          Date:          Time:

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Michelle Brawley

**DEFENDANTS**

FIESTA MART, LLC
Salema

**(b)** County of Residence of First Listed Plaintiff  DALLAS
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  DALLAS
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

1141 Easton Rd, #10439 D
Dallas Texas 75218    214-944-0325

Attorneys *(If Known)*

N/A

RECEIVED
JAN 1 2 2021

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1  U.S. Government Plaintiff | ☐ 3  Federal Question *(U.S. Government Not a Party)* |
| ☒ 2  U.S. Government Defendant | ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*  and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane  **PERSONAL INJURY** | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 367 Health Care/ Pharmaceutical | | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Personal Injury Product Liability | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| | | **PERSONAL PROPERTY** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 840 Trademark | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** |
| ☐ 196 Franchise | | | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** |
| ☐ 245 Tort Product Liability | ☒ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | **IMMIGRATION** | ☒ 871 IRS—Third Party 26 USC 7609 |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | |
| | | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | ☐ 896 Arbitration |
| | | ☐ 555 Prison Condition | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | ☐ 950 Constitutionality of State Statutes |
| | | | | ☐ 890 Other Statutory Actions |
| | | | | ☐ 891 Agricultural Acts |
| | | | | ☐ 893 Environmental Matters |
| | | | | ☐ 895 Freedom of Information Act |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from Another District *(specify)*  ☐ 6 Multidistrict Litigation - Transfer  ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
The Americans with Disabilities Act of 1990

Brief description of cause:
A civil rights law that prohibits discrimination based on disability.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 300,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE  —    DOCKET NUMBER  —

DATE  01/7/2021

SIGNATURE OF ATTORNEY OF RECORD
By: Michelle Brawley  usc 1308

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

