# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| MICHELLE LOUISE BRAWLEY | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:21-CV-76-S-BK |
| | § | |
| FIESTA MART, LLC and SULEMA | § | |
| HERNANDEZ | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case [ECF No. 13]. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's claims against Defendant Sulema Hernandez are hereby **DISMISSED WITH PREJUDICE** as frivolous.

**SO ORDERED.**

SIGNED June 28, 2021.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**

1