# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| MICHELLE LOUISE BRAWLEY | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:21-CV-76-S-BK |
| | § | |
| FIESTA MART, LLC and SULEMA HERNANDEZ | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case [ECF No. 22]. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's Default Request, Affidavit, Entry, and Judgment (Sum Certain) Request and Affidavit [ECF No. 20] is **DENIED**.

**SO ORDERED.**

SIGNED June 29, 2021.

KAREN GREN SCHOLER
**UNITED STATES DISTRICT JUDGE**

1