# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| MICHELLE BRAWLEY | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:21-CV-76-S-BK |
| | § | |
| FIESTA MART LLC | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 45. Plaintiff filed objections. *See* ECF No. 46. The District Court reviewed *de novo* those portions of the findings, conclusions, and recommendation to which objection was made, and reviewed the remaining findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendant Fiesta Mart LLC's Motion to Dismiss for Defective Service [ECF No. 28] is **GRANTED**. Plaintiff's claims will therefore be **DISMISSED WITHOUT PREJUDICE** to Plaintiff providing the correct information for service of process on Defendant Fiesta Mart LLC.

**SO ORDERED**.

SIGNED November 22, 2021.

UNITED STATES DISTRICT JUDGE