# United States District Court

**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| MICHELLE BRAWLEY | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:21-CV-76-S-BK |
| | § | |
| FIESTA MART LLC | § | |

## JUDGMENT

The Court has entered its Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and granting Defendant Fiesta Mart LLC's Motion to Dismiss for Defective Service.

It is therefore **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to Plaintiff providing the correct information for service of process on Defendant Fiesta Mart LLC.

**SO ORDERED**.

SIGNED November 22, 2021.

*[signature]*

**UNITED STATES DISTRICT JUDGE**